UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Roger A. Glewwe and LeRoy Glewwe, | Civil No. 12-0308 (JNE/JJG) |
| Plaintiffs, | |
| v. | |
| | ORDER |
| Unity One Federal Credit Union and MERSCORP, Inc., | |
| Defendants. | |

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**; and

2. Defendants' Motion for Summary Judgment (Docket No. 9) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 7, 2013            s/Joan N. Ericksen
                                JOAN N. ERICKSEN
                                United States District Judge