UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Roger A. Glewwe and LeRoy Glewwe,

       Plaintiffs,

v.

Unity One Federal Credit Union and
MERSCORP, Inc.,

       Defendants.

Civil No. 12-0308 (JNE/JJG)

ORDER

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that:

1. The Report and Recommendation are **ADOPTED**; and

2. Defendants' Motion for Summary Judgment (Docket No. 9) is **GRANTED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: April 7, 2013

s/Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge